## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-CV-00048

James Mason,
Plaintiff

v.

City of Manitou Springs,
Defendant.

---

## PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND

COMES NOW, the above-named Plaintiff, by and through his attorney, Lawrence D.

Saunders, and for Plaintiff's Amended Complaint and Jury Demand, states as follows:

### 1.   VENUE AND JURISDICTION

1.  All acts described herein occurred within the County of El Paso, State of Colorado.

2.  The Defendant City of Manitou Springs is a Colorado Municipal Corporation that

    created the Defendant Manitou Springs Police Department.

3.  This Court has jurisdiction as the claim is based on federal law.

### II.    GENERAL ALLEGATIONS

4.  The Plaintiff was an employee of the Manitou Springs Police Department.  The

    Plaintiff was employed as a K-9 handler and law enforcement officer.

5. As part of his employment, the Plaintiff took care of the dog he was assigned to work with.  This care included, but is not limited to, the following: veterinary visits, grooming, cleaning up after the dog, feeding, and exercising the dog.

6. As a result of his activities caring for the dog, the Plaintiff regularly worked more than forty hours per week.

7. The Plaintiff, however, was never paid overtime for the overtime work he performed for the Defendant.

8. The Plaintiff informed the police chief that she was in violation of the Federal Labor Standards Act (FLSA) because he was not being paid any overtime.

9. The police chief ignored the Plaintiff's repeated requests for overtime pay.

10. The Plaintiff worked a minimum of 3.5 hours of overtime per week, and has been doing such overtime work for the past four years.

11. The Plaintiff has never received any compensation related to the overtime work in taking care of the k-9 dog.

12. Moreover, the Plaintiff expended a great deal of money out of his own pocket for food, veterinary care, etc.  This money was expended by the Plaintiff because the Police Chief for the Defendant, acting as an agent of the Defendant, promised the Plaintiff could keep the dog.  However, the Defendant has breached the promise. Therefore, the Defendant owes the Plaintiff for the expenses that he paid for the taking care of the dog.

13. The Defendant's failure to pay overtime has been willful and wanton and in bad-faith.

III.    CAUSE OF ACTION (VIOLATION OF THE FAIR LABOR STANDARDS ACT OF 1938 AND

IMPLEMENTING REGULATIONS REGARDING OVERTIME PAY)

14. The Plaintiff incorporates the allegations made in paragraphs numbered one

through thirteen above as if fully set forth herein.

15. The provisions of the FLSA apply to local government agencies, like the Defendant.

16. Because this claim involves federal law, the state government immunity act

provisions are preempted, and do not apply to this claim.

17. The Plaintiff is entitled to overtime pay for any hours worked in excess of forty hours

per week.  29 CFR 778.102.

18. The Plaintiff is also entitled to recover expenses that he has incurred in taking care

of the dog.  29 CFR 778.217.

19. The Plaintiff is entitled to recover twice the overtime owed him as well as

reasonable attorney fees and costs.

WHEREFORE, the Plaintiff hereby requests that this Court enter judgment in his favor for

all overtime owed, plus penalties, interest, costs, and attorney fees as provided by law.

DATED this 2nd day of February, 2010.

HASSLER LAW FIRM, LLC


/s/Lawrence D. Saunders
Attorney for Plaintiff
616 West Abriendo Ave.
Pueblo, CO  81004
(719) 544-2929 (phone)
(719) 544-1067 (fax)

Plaintiff's Address:

2713 E. Monument St. #A
Colorado Springs, CO  80909