IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00048-DME-BNB

JAMES MASON,

Plaintiff,

v.

MANITOU SPRINGS POLICE DEPARTMENT,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Amend Complaint Pursuant to Rule 15(a)** [docket no. 11, filed February 3, 2010] (the "Motion").

IT IS ORDERED that the Motion is DENIED for failure to comply with D.C.COLO.LRCivR 7.1(A).

DATED:  February 5, 2010