**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00048-DME-BNB

JAMES MASON,

    Plaintiff

v.

MANITOU SPRINGS POLICE DEPARTMENT,

    Defendant.

---

**ORDER RE:  JOINT MOTION TO DISMISS WITH PREJUDICE, FOR APPROVAL OF SETTLEMENT AGREEMENT, AND FOR REDUCTION TO JUDGMENT**

---

THE COURT having reviewed the Joint Motion to Dismiss with Prejudice, for Approval of Settlement Agreement, and for Reduction to Judgment, hereby orders as follows:

1. Plaintiff's Complaint is hereby amended to substitute the City of Manitou Springs as the named Defendant;

2. The Court accepts the City of Manitou Springs' submission to the jurisdiction of the Court and the City's waiver of formal service;

3. The terms of the settlement agreement attached to the above-referenced motion are hereby approved and reduced to the following judgment:

    The City of Manitou Springs shall pay James Mason Four Thousand Dollars ($4,000.00) and shall provide Mr. Mason with ownership of Fetzi, the police dog, and related equipment not marked with City or Police Department information;

1

2

    4.       All of Plaintiff's claims against the City of Manitou Springs are hereby dismissed with prejudice and this case and cause of action is dismissed with prejudice.

DATED this 22nd day of February, 2010

                               BY THE COURT:

                               *s/ David M. Ebel*

                               _____
                               United States Circuit Court Judge